# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1190

VERSUS

RODNEY GRAY                                           OCT 10 2019

---

In Re:    Rodney Gray, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          585088.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT NOT CONSIDERED.** The writ application is not properly
bound, and relator failed to put this court on notice of the
upcoming trial date by placing a statement on the cover of the
writ application and by requesting expedited consideration. See
Uniform Rules of Louisiana Courts of Appeal, Rules 4-4(B) and 4-
5(B). Relator failed to comply with the affidavit, form, and
return date requirements of Uniform Rules of Louisiana Courts of
Appeal, Rules 4-2 and 4-5. Relator also failed to comply with
Rule 4-5(C)(2), (8), (9) and (10), by failing to include the
jurisdictional statement, a copy of the charging instrument, a
copy of any opposition or a statement that no opposition was
filed, and any pertinent court minutes. Supplementation of this
writ application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9.

                                    **TMH**
                                      **AHP**
                                      **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT